```
         FILED            RECEIVED
         ENTERED          SERVED ON
                  COUNSEL/PARTIES OF RECORD

              SEP - 9 2015

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
        BY:                        DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:11-CR-99-LRH-WGC |
|---|---|---|
| Plaintiff, | ) | **WAIVER AND CONSENT ORDER** |
| vs. | ) | |
| MARCILIN ANNE BENVIN, | ) | |
| Defendant. | ) | |

Defendant, <u>MARCILIN ANNE BENVIN</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____                     _____
Counsel for Defendant                                Assistant U.S. Attorney

DATED this 9th day of September, 2015.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE